# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES A. ROGERS,<br><br>        Plaintiff,<br>v.<br>N. EMERSON, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:12-cv-01827-GBC (PC)<br><br>ORDER GRANTING DEFENDANTS'<br>MOTION FOR SCREENING PURSUANT TO<br>28 U.S.C. § 1915A<br><br>Doc. 3 |

      On September 5, 2012, Plaintiff Charles A. Rogers ("Plaintiff"), a state prisoner proceeding pro se, filed this civil rights action in California Superior Court, County of Kings, pursuant to 42 U.S.C. § 1983. Doc. 2. On November 7, 2012, Defendants removed this action to Federal Court. *Id.*

      Defendants filed a motion to request that the Court screen Plaintiff's complaint pursuant to 28 U.S.C. § 1915A prior to requiring Defendants to file a responsive pleading. Doc. 3. The Court is required to screen complaints by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). The Court must dismiss a complaint or portion thereof if the prisoner has raised claims that are legally "frivolous or malicious," that fail to state a claim upon which relief may be granted, or that seek monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915A(b)(1),(2). The Court will grant Defendants' motion and screen Plaintiff's complaint prior to requiring Defendants to file a responsive pleading. The complaint will be screened in due course.

IT IS SO ORDERED.

Dated:   November 19, 2012                                           _____
                                                                         UNITED STATES MAGISTRATE JUDGE