# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES A. ROGERS,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>N. EMERSON,<br><br>　　　　Defendants. | 1:12cv01827 AWI DLB PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING CERTAIN CLAIMS AND DEFENDANT JONES<br><br>(Document 12) |

　　　　Plaintiff Charles A. Roberts ("Plaintiff") is a prisoner proceeding pro se in this civil rights action. Plaintiff originally filed his action in the Kings County Superior Court on September 5, 2012. Defendants paid the filing fee and removed the action to this Court on November 7, 2012. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On May 17, 2013, the Magistrate Judge issued Findings and Recommendations regarding dismissal of certain claims and Defendant Jones. The Findings and Recommendations were served on Plaintiff and contained notice that any objections were to be filed within thirty days. On May 28, 2013, Plaintiff notified the Court that he would not object to the Findings and Recommendations.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendations are supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed May 17, 2013, are ADOPTED in full;

2. This action SHALL proceed on the following cognizable claims: (1) retaliation in violation of the First Amendment against Defendant Emerson; and (2) negligence against Defendant Goss; and

3. All further claims, as well as Defendant Jones, are DISMISSED.

IT IS SO ORDERED.

Dated:   June 19, 2013                          _____
                                                SENIOR  DISTRICT  JUDGE