# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES A. ROGERS,<br><br>        Plaintiff,<br><br>   vs.<br><br>N. EMERSON,<br><br>        Defendants. | 1:12cv01827 AWI DLB PC<br><br>ORDER DIRECTING DEFENDANTS TO FILE RESPONSIVE PLEADING WITHIN THIRTY DAYS |

Plaintiff Charles A. Roberts ("Plaintiff") is a prisoner proceeding pro se in this civil rights action. Plaintiff originally filed his action in the Kings County Superior Court on September 5, 2012. Defendants paid the filing fee and removed the action to this Court on November 7, 2012.

On June 20, 2013, the Court ordered that the action proceed on the following cognizable claims: (1) retaliation in violation of the First Amendment against Defendant Emerson; and (2) negligence against Defendant Goss. The other claims, as well as Defendant Jones, were dismissed from the action.

Accordingly, Defendants Goss and Emerson are ORDERED to file a responsive pleading within thirty (30) days of the date of service of this order.

IT IS SO ORDERED.

Dated:   **June 24, 2013**                                    /s/ Dennis L. Beck
                                                                              UNITED STATES MAGISTRATE JUDGE