IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHARLES A. ROGERS,**<br><br>                                            Plaintiff,<br><br>    v.<br><br>**C/O N. EMERSON, et al.,**<br><br>                                            Defendants. | Case No. 1:12-cv-01827 AWI DLB (PC)<br><br>**ORDER GRANTING DEFENDANTS'<br>REQUEST TO CONDUCT PLAINTIFF'S<br>DEPOSITION VIA VIDEOCONFERENCE** |

The Court finds there is good cause to grant Defendants' request to conduct Plaintiff's deposition via video conference.

IT IS SO ORDERED.

   Dated:   **September 12, 2013**                      /s/ Dennis L. Beck
                                                          UNITED STATES MAGISTRATE JUDGE

1