# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES A. ROGERS,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>N. EMERSON,<br><br>　　　　　　Defendants. | 1:12cv01827 AWI DLB PC<br><br>ORDER DENYING PLAINTIFF'S REQUEST TO WITHDRAW MOTION AS MOOT<br><br>(Document 50) |

　　　　Plaintiff Charles A. Roberts ("Plaintiff") is a prisoner proceeding pro se in this civil rights action. This action is proceeding on the following cognizable claims: (1) retaliation in violation of the First Amendment against Defendant Emerson; and (2) negligence against Defendant Goss.

　　　　On November 20, 2013, Plaintiff filed a request to withdraw an October 17, 2013, filing in which he argued that his motion to compel should be granted because Defendants failed to file an opposition.  The Court addressed Plaintiff's request by order dated November 1, 2013, and the instant request is therefore DENIED AS MOOT.

IT IS SO ORDERED.

　　Dated:　**November 21, 2013**　　　　　　　　/s/ Dennis L. Beck
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1